UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  8:22-CR-00034 CJC-DOC                              Date: April 21, 2023

Present: The Honorable: Autumn D. Spaeth, United States Magistrate Judge

Interpreter  N/A

| Kristee Hopkins | None | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 13) Danielle Canales | | X | | Robert Rexode, Panel | X | | |

**Proceedings:  (In Chambers)  Order of Detention Under 18 U.S.C. § 3148**

   Defendant appeared after being taken into custody on an arrest warrant issued by United States District for the Central District of California after United States Pretrial Services submitted a petition for action on conditions of pretrial release alleging that Defendant committed a violation of the conditions of her pretrial release and after issuance of a bench warrant due to her failure to appear at the continued revocation hearing before Judge Carney on September 28, 2022. On September 23, 2022, Judge Carney found that Defendant violated the terms of her pretrial release.  This Court finds based on a preponderance of the evidence that no condition or combination of conditions of release will assure that Defendant will not pose a danger to the safety of any other person, or the community and that Defendant is not likely to abide by any condition or combination of conditions of release.

   Defendant's release order is revoked. Defendants is remanded to the custody of the United States Marshal pending further proceedings in this matter. Pursuant to the Defendant's request, the bond is set aside and exonerated.


**IT IS SO ORDERED.**

                                                                                    0:00
                                                        Initials of Deputy Clerk  kh