UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No. __8:22-CR-00034-CJC__ | Date: __May 4, 2023__ |

Present: The Honorable: __Autumn D. Spaeth, United States Magistrate Judge__

Interpreter __N/A__

| Kristee Hopkins | None | Greg Scally, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 13) Danielle Canales | | X | | Robert Rexode, Panel | X | | |

**Proceedings:   (In Chambers)  Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)**

  Defendant appeared after being taken into custody on an arrest warrant issued by United States District for the Central District of California after United States Pretrial Services submitted a petition for action on conditions of pretrial release alleging that Defendant committed a violation of the conditions of her pretrial release. The Court finds probable cause to believe that Defendant committed a state crime while on release. The Court finds by clear and convincing evidence that Defendant violated the conditions of her release, specifically as alleged in the Petition.

  The Court also finds based on a preponderance of the evidence that no condition or combination of conditions of release will assure that Defendant will not flee or pose a danger to the safety of any other person, or the community and that Defendant is not likely to abide by any condition or combination of conditions of release.

  Defendant's release order is revoked. Defendant is remanded to the custody of the United States Marshal pending further proceedings in this matter.


  **IT IS SO ORDERED.**


0:00

Initials of Deputy Clerk __kh__